UNITED STATES COURTHOUSE

WILLIAM R MORISSE S.G. [1]

-AND,-

WE THE PEOPLE,

PETITIONERS,

VERSUS,

PRESIDENT(S) OF THE
UNITED STATES,
WILLIAM CLINTON,
GEORGE BUSH SR.,
GEORGE W BUSH,
BARACK OBOMA,
- AND,-

THE MILWAUKEE OUTLAWS.

16-C-0087
EASTERN DISTRICT WI
FILED
2016 JAN 22 P 12:43
JON W. SANFILIPPO
CLERK

CONSOLIDATED NUMBERS

78-C-561   1506-1427

PETITION

SWORN AFFIDAVIT

DEPOSITION

THE READER [3]

AN ACQUITAL OR TO BE
EXONERATED
FELONY

RAPE CONFESSION

IN FORMA PAUPERIS

MY ADDRESS IS 525 W LINCOLN AVE, MILWAUKEE WISCONSIN 53207. MY SOCIAL SECURITY BENIFITS ARE ABOUT $1,000.00 PER MONTH. MY PAYEE SAYS THAT IT INCLUDES MY INSURANCE PAYMENT TO MEDICARE. MY RENT IS ABOUT $400.00 PER MONTH WITH UTILITYS. FOOD IS $150.00 PER WEEK AND THATS INCLUDING OUT OF POCKET EXPENSE, I HAVE NOTHING LEFT! WHEN I WIN THIS LAWSUIT I COULD HAVE 20-25 TRILLION GAZILLION

SO NOW WHEREFORE, THE PETITIONER PRAYS FOR RELIEF TO TAKE THE READER AND FELONY OFF AND BE AQUITED OR EXONERATED.

FOOTNOTES

1/ WILLIAM R MORISSE S.G.'S HOME PHONE 414/384-8703 PHONE

2/ BRACK OBOMA'S SECRET SERVICE PHONE NUMBER 414/297-3587 OR 297-3588

3/ THE READER IS IN VIOLATION OF THE BILL OF RIGHTS AND (5) FIFTH AMENDMENT.

JURY DEMAND                                    Son of God
_____                  _____
PETITIONER'S DEMAND            WILLIAM R MORISSE S.G.
A JURY

IN WITNESS WHEREOF,                     God
                                                       _____
                                                       GOD NOTARY PUBLIC

SWORN TO BEFORE ME THIS SECOND DAY OF JANUARY, 2016.

DEPOSITION
_____

I WILLIAM R MORISSE S.G. DEPOSES AND SAYS; I CANNOT THINK VERY WELL OR REMEMBER VERY WELL.

BARACK OBOMA DRILLED a HOLE IN MY SKULL AND BRAIN. I HAVE A WITNESS THAT WON'T TELL ME HER NAME; SHE IS IN THE SECRET SERVICE; THE PHONE NUMBER IS 414/387-5888, 379-5788 ³/. I CANOT REMEMBER THE PHONE NUMBER FOR THE SECRET SERVICE, " THE PRESIDENT DOESN'T HAVE THE READER CONTROL ANYMORE, WE THREW IT OUT," SHE WOULD SAY WHEN I CALLED.

BRACK GAVE THE MILWAUKEE OUTLAWS THE AUTHORITY TO RUN THE READER CONTFOLS, AND THEY LEAVE IT ON ALL THE TIME.

BARACK CLAIMS THAT HE CAN USE A OLD FELONY THAT IS OVER 40 YEARS OLD TO DRILL A HOLE IN MY HEAD. HE'S GOT ME SEQUESTERED AND TAKES MY MAIL.

# Confession

CASE NUMBER

WILLIAM R MORISSE, PETITIONER,

VERSUS,

THE UNITED STATES OF AMERICA, RESPONDENT,

VERSUS

TEXAS, VERSUS, MICHEL GUIRE, SPOILED YOUNG. BOY SUFFERING FROM AFFLUENZA

MICHEL GUIRE KILLED 4 PEOPLE IN A DRUNK DRIVING PETITION.

I WAS RAPED BY OVER (1,000) ONE THOUSAND FEMALES THAT WAS RUN BY THE PRESIDENTS CLINTON, BUSH, BUSH, AND OBOMA. I WAS WAS SPOILED BY THE PRESIDENTS AND WAS SPOILED, AND DIDN'T KNOW ANY BETTER --- I SUFFERED FROM AFFLUENZA.

William R Morisse

WILLIAM R MORISSE, CITIZEN

SUBSCRIBED AND SWORN TO BEFORE ME THIS 1ST DAY OF JANUARY 2016

GOD

IN WITNESS WHEREOF,

JURY DEMAND

GOD NOTARY PUBLIC